80                              1822
              Supr Court

          *Joseph Marin*
              *vs*
          *David C McKinstry*

filed in the Clerks office Sept 7. 1822
                    M DORR Clk

*Joseph Maran*  ⎱  SUPREME COURT
    *vs*          ⎰  Replevin Damages fifty dollars — This action is
*David C McKinstry* ⎰ brought to recover a certain pirogue, the property
                        of the Pff, unlawfully taken and detained by the
said Defendant, of the value of Twenty dollars, and over
    The Clerk of the Supreme Court will issue a writ of Replevin in the above
action returnable 3ᵈ Monday Septʳ Inst        Wᴹ W PETIT Attʸ for Pff
Detroit Septʳ 7. 1822